Uploaded: 2024JUL12 18:54 Filed By:Bar# 76989 ELLOYD Reference: EF-149498
E-Filed: 2024JUL12 WARREN CC CEMMONS at 2024JUL15 08:41 CL24000720-00

VIRGINIA:
IN THE CIRCUIT COURT OF WARREN COUNTY

FEDS FOR FREEDOM

    Plaintiffs

v.

META PLATFORMS, INC.

    Defendants                               Case No. _____

## COMPLAINT

COMES NOW Feds for Freedom and files this complaint for defamation against Meta Platforms, Inc.

## FACTUAL BACKGROUND

1. Plaintiff Feds for Freedom is a 501(c)(3) nonprofit organization with a nationwide membership of over 9,500 members. It formed to respond to legal abuses related to COVID-19 vaccine mandates and related interventions. All plaintiffs in this action are members of the organization.

2. Part of its mission is its social media presence.

3. In addition to other accounts, Feds for Freedom has an Instagram account.

4. Instagram is part of Meta Platforms, Inc. ("Meta").

5. Since its inception in September, 2021, Feds for Freedom (f.k.a. Feds for Medical Freedom) posted frequently on Instagram.

6. On July 13, 2023, users of Instagram, when attempting to re-post Feds for Freedom or "follow" Feds for Freedom, would encounter a warning.

1

7. Before joining or re-posting, a warning message came up and blocked the screen.

8. The message stated, "This account has repeatedly posted false information that was reviewed by independent fact checkers or went against our Community Guidelines. Do you want to @mention this account?"

9. Instagram then gave users the option of "Cancel," in bold blue letters, or "@mention anyway" in regular font.

10. Users experienced this warning while using Instagram in Warren County, Virginia, in Tempe, Arizona, and in other locations throughout the United States.

11. Because of this warning, Feds for Freedom experienced reputational harm.

12. Feds for Freedom relies on its reputation to gain members, to influence policy, and gain donors.

13. Feds for Freedom did not post false information.

14. Feds for Freedom did not post information that went against Instagram's Community Guidelines.

## COUNT I: DEFAMATION

15. The elements of a defamation claim include: "(1) publication of (2) an actionable statement with (3) the requisite intent." To be "actionable," a statement must be both "false and defamatory." *Schaecher v. Bouffault*, 290 Va. 83, 91, 772 S.E.2d 589 (2015).

16. In claiming that the Plaintiffs posted false information, Meta defamed Feds for Freedom.

2

## PRAYER FOR RELIEF

17. Plaintiff prays for compensatory relief.

18. Plaintiff prays for $350,000 in punitive damages.

19. Plaintiff prays for all other relief as the court finds suitable in this instance.

Respectfully Submitted,

E. Scott Lloyd
Lloyd Law Group, PLLC
15 Chester Street
Front Royal, VA 22630
o: (540) 823-1110
c: (540) 631-4081
VSB No.: 76989
scott@lloydlg.com
Counsel for Plaintiffs

## Verification

Pursuant to 28 U.S.C. § 1746, I, ELIZABETH ANN BISHAKHA ADAMS MEDINA, and JULIO DANIEL ADAMS MEDINA declare under penalty of perjury that the foregoing is true and correct. Executed on September 22, 2022.

_____
ELIZABETH ANNE BISHAKHA ADAMS MEDINA

_____
JULIO DANIEL ADAMS MEDINA