IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

CLERKS OFFICE US DISTRICT COURT
AT HARRISONBURG, VA
FILED

09/11/2025

LAURA A. AUSTIN, CLERK
BY: /s/ Amy Fansler
      DEPUTY CLERK

| | |
|---|---|
| Feds for Freedom, ) | |
|     Plaintiff, ) | Civil Action No. 5:25-cv-00079 |
| ) | |
| v. ) | ORDER |
| ) | |
| Meta Platforms, Inc., ) | By:    Joel C. Hoppe |
|     Defendant. ) | United States Magistrate Judge |

Before the Court is Plaintiff's Consent Motion to Amend Complaint. ECF No. 12. Plaintiff attached to the motion the proposed amended complaint, but Plaintiff's counsel did not sign it. ECF No. 12-1. Plaintiff's counsel represents that Defendant has consented in writing to the amendment.

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Based on Plaintiff's counsel's representation that Defendant has consented in writing to the amendment, the Court hereby GRANTS Plaintiff's motion, ECF No. 12.

Plaintiff is directed to file the signed amended complaint no later than September 15, 2025. Defendant shall file a responsive pleading to the Amended Complaint within twenty-one days from the date it is filed. *See* Fed. R. Civ. P. 15(a)(3). If Defendant files a motion to dismiss, Plaintiff shall file any opposition within twenty-one (21) days of service of the motion, and Defendant shall file any reply within fourteen (14) days of service of Plaintiff's brief.

It is so ORDERED.

ENTER: September 11, 2025

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge

Case 5:25-cv-00079-JHY-JCH    Document 13    Filed 09/11/25    Page 2 of 2
Pageid#: 98