## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| FEDS FOR FREEDOM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 25-cv-00079-JHY-JCH |
| v. | ) | |
| | ) | |
| META PLATFORMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED COMPLAINT

COMES NOW Feds for Freedom, by counsel, and files this amended complaint for

defamation against Meta Platforms, Inc., pursuant to Fed. R. Civ. P. 15(a)(2).

## PARTIES

1.  Plaintiff Feds for Freedom is a 501(c)(3) nonprofit organization with a nationwide

membership of over 9,500 members. It is incorporated in Nevada.

2.  Meta Platforms, Inc. is a California corporation and is the parent company of

Instagram.

## FACTUAL BACKGROUND

3.  Plaintiff Feds for Freedom is a 501(c)(3) nonprofit organization with a nationwide

membership of over 9,500 members.

4.      It formed to respond to legal abuses related to COVID-19 vaccine mandates and

related interventions.

5.  Part of its awareness-raising mission is its social media presence.

1

6.   In addition to other social media accounts, Feds for Freedom has an Instagram account.

7.   Instagram is a subsidiary of Meta Platforms, Inc. ("Meta").

8.   As part of its awareness-raising and information-sharing mission, Feds for Freedom (f.k.a. Feds for Medical Freedom) signed up for an account on Instagram.

9.   At the time that Feds for Freedom signed up for its Instagram account, it did not review any terms of use from Instagram or Meta Platforms.

10. Instagram / Meta did not post its terms of use explicitly for a potential user to review.

11. Instagram / Meta hid the terms of use behind a hyperlink.

12. Once it opened its account, Feds for Freedom posted frequently on Instagram.

13. On July 13, 2023, users of Instagram, when attempting to re-post Feds for Freedom or "follow" Feds for Freedom, would encounter a warning.

14. Before re-posting a Feds for Freedom post, a warning message came up and blocked the screen.

15. The message stated, "This account has repeatedly posted false information that was reviewed by independent fact checkers or went against our Community Guidelines. Do you want to @mention this account?"

16. Instagram then gave users the option of "Cancel," in bold blue letters, or "@mention anyway" in regular font.

17. Users experienced this warning while using Instagram in Warren County, Virginia, in Tempe, Arizona, and in other locations throughout the United States.

18. Because of this warning, Feds for Freedom experienced reputational harm.

2

19. Feds for Freedom relies on its reputation to gain members, to influence policy, and gain donors.

20. Feds for Freedom did not post false information.

21. Feds for Freedom did not repeatedly post false information.

22. Upon information and belief, Instagram / Meta knew that Feds for Freedom did not post false information or otherwise acted with reckless disregard for the truth of this statement.

23. Upon information and belief, Instagram / Meta knew that Feds for Freedom did not repeatedly post false information or otherwise acted with reckless disregard for the truth of this statement.

24. Feds for Freedom did not post information that went against Instagram's Community Guidelines.

25. Upon information and belief, Instagram / Meta did not consult independent fact-checkers in evaluating Feds for Freedom's posts.

26. Upon information and belief, Instagram / Meta published this warning to its users nationwide.

## COUNT I: DEFAMATION IN VIRGINIA

27.    The elements of a defamation claim in Virginia include: "(1) publication of (2) an actionable statement with (3) the requisite intent." To be "actionable," a statement must be both "false and defamatory." *Schaecher v. Bouffault*, 290 Va. 83, 91, 772 S.E.2d 589 (2015).

28.    Instagram / Meta published its warning to its followers in Virginia.

29.    The "warning" it published was false.

30.      Instagram / Meta published its warning knowing it was false and / or without regard for the truth of the warning.

31.      In claiming that the Plaintiffs posted false information, Meta defamed Feds for Freedom.

## COUNT II: DEFAMATION IN ARIZONA

32.      The elements of a defamation claim in Arizona include: "(1) [Defendant] made a false statement concerning [Plaintiff], (2) the statement was defamatory, (3) the statement was published to a third party, (4) [Defendant] made the statement with actual malice, and (5) [Plaintiff] was damaged as a result of the statement. *Morris v. Warner*, 160 Ariz. 55, 62, 770 P.2d 359, 366 (Az. Ct. App. 1988).

33.      Instagram / Meta posted a false statement concerning Feds for Freedom.

34.      The statement was defamatory.

35.      Instagram / Meta published the warning to its followers in Arizona.

36.      Instagram / Meta published its warning knowing it was false and / or without regard for the truth of the warning.

37.      Feds for Freedom experienced reputational harm as a result of the post.

## PRAYER FOR RELIEF

38. Plaintiff prays for compensatory relief.

39. Plaintiff prays for $10,000,000 in combined punitive damages.

40. Plaintiff prays for all other relief as the court finds suitable in this instance.

Respectfully Submitted,

4

/s/E. Scott Lloyd

E. Scott Lloyd
Lloyd Law Group, PLLC
106 Chester Street, Suite 1
Front Royal, VA 22630
o: (540) 823-1110
c: (540) 631-4081
VSB No.: 76989
scott@lloydlg.com
*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused a copy of the foregoing *Amended Complaint* to be served on September 15, 2025, as follows via the Court's ECF system:

Bradley A. Marcus
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202-349-8021
Fax: 202-349-8080
Email:Bmarcus@orrick.com

Preston Burton
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202-349-8000
Fax: 202-349-8080
Email:Pburton@orrick.Com

<u>/s/ E. Scott Lloyd</u>
E. Scott Lloyd

6